JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOWER FROST, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AAA LIFE INSURANCE COMPANY; and DOES 1 through 20, inclusive,<br><br>　　　　Defendant. | Case No. CV 20-8805-GW-JCx<br>Judge George H. Wu<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION** |

IT IS HEREBY ORDERED that this action, in its entirety, is dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

DATED: March 4, 2021

*George H. Wu*

Honorable George H. Wu
United States District Judge